COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-07-377-CV

MCCLUNG ROOFING, INC.
 
APPELLANT

V.

SCOTTSDALE INSURANCE, INDEPENDENT APPELLEES

INSURANCE GROUP, AND HULL AND

COMPANY GENERAL AGENCY, INC.

----------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and MEIER, JJ.

DELIVERED:  July 2, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.